ORIGINAL

**FILED**

08/28/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0477



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 23 - 0477

SEAN DEAN OGLE,

        Petitioner,

    v.

PETE BLUDWORTH, Warden,
Crossroads Correctional Center,

        Respondent.

                                     GRANT OF MOTION TO
                                     PROCEED WITHOUT
                                   PAYMENT OF FILING FEE

        Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

        DATED: August 28, 2023.

                                   _____

                                   BOWEN GREENWOOD
                                   Clerk of the Supreme Court